UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR JEROME WILSON (#540407)

CIVIL ACTION

VERSUS

NO. 14-386-JJB-SCR

DARRELL VANNOY, ET AL.

## RULING

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Stephen C. Riedlinger dated August 1, 2014 (doc. no. 6). The plaintiff filed

an objection which essentially makes the same arguments and has been duly

considered by the court.

The court hereby approves the report and recommendation of the Magistrate

Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's

complaints are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, this 27th day of August, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA